IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNETH A. DUNN,

     Petitioner,

vs.                                                                                    Civ. No. 18-289 KG/KBM

KEN SMITH and
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO

     Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order

filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this

case.

IT IS ORDERED, ADJUDGED, AND DECREED Kenneth A. Dunn's Habeas Corpus

Petition Under 28 U.S.C. § 2254 (Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE